1  PHILLIP A. TALBERT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | No. 1:17-CR-00115-LJO-SKO
12 |         Plaintiff,
13 |             v.                   | PRELIMINARY ORDER OF FORFEITURE
14 | RUBEN ECHEVERRIA,
15 |         Defendant.

16

17     Based upon the plea agreement entered into between United States of America and

18 defendant Ruben Echeverria, it is hereby ORDERED, ADJUDGED and DECREED as follows:

19     1.    Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), defendant Ruben

20 Echeverria's interest in the following property shall be condemned and forfeited to the United

21 States of America, to be disposed of according to law:

22        a. A .40 caliber Glock, Model 23 semi-automatic pistol, and

23        b. All ammunition seized in this case.

24     2.    The above-listed assets constitute firearms and ammunition involved in or used in

25 a knowing violation of 18 U.S.C. § 922(g)(1).

26     3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized

27 to seize the above-listed property. The aforementioned property shall be seized and held by the

28 Federal Bureau of Investigation in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: **November 21, 2017**         /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE