# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN ECHEVERRIA,<br><br>　　　　　　Defendant. | No. 1:17-cr-00115-NONE-SKO<br><br><br>ORDER<br><br>(Doc. Nos. 29 & 30) |

　　　　The court has received and reviewed defendant's request filed August 14, 2020 seeking clarification of his sentence (Doc. No. 29), along with the follow-up letter he filed with the court on September 14, 2020 (Doc. No 30). Therein, defendant seeks confirmation of when he began to serve his federal sentence and, relatedly, a copy of his presentence report (PSR).

　　　　First, the court declines to send defendant a copy of his PSR. PSRs routinely are filed on the court's docket under seal because they can contain private information and/or information that could be detrimental to a prisoner's safety. As a result, the court does not generally make copies of PSRs available directly to incarcerated defendants.

/////

/////

/////

/////

1

As to the request for clarification of when defendant began serving his federal sentence, the Bureau of Prisons, not the court, has authority to calculate credit for time served and/or good time credits. Accordingly, the court is not in a position to formally address the issues defendant raises in his filings.[1]

IT IS SO ORDERED.

Dated: **October 5, 2020**

UNITED STATES DISTRICT JUDGE

---

[1] However, the court's records appear to reflect that defendant was arrested on state charges on February 5, 2017, and that he completed serving a state court imposed sentence and came into federal custody in this case on April 24, 2017.

2