Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUBEN MATTHEW ECHEVERRIA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN MATTHEW ECHEVERRIA,<br><br>　　　　　　　Defendant. | Case No.: 1:17-CR-00115-LJK-SKO<br><br>STIPULATION CONTINUING STATUS CONFERENCE; ORDER<br><br>DATE: JULY 18, 2023<br>TIME: 2:00 P.M.<br>COURT: HON. ERICA P. GROSJEAN |

**STIPULATION**

　　　Mr. Echeverria, by and through his counsel of record, and United States of America, by and through its counsel of record, hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for a status conference on July 18, 2023, at 2:00 p.m.

　　　2.　　By this stipulation, the parties now move to continue the status conference until July 24, 2023, at 2:00 p.m., at 2:00 p.m.

　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　a)　　The defense requests a continuance to July 24, 2023, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

　　　　　b)　　The government does not object to the continuance.

　　　　　c)　　The defense does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  July 14, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL JACKSON MONTOYA
LAUREL JACKSON MONTOYA
Assistant United States Attorney

Dated:  July 14, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
Ruben Matthew Echeverria

**ORDER**

The Court grants the parties' stipulation to continue the status conference regarding violation of supervised release, currently noticed for July 18, 2023, at 2:00 pm before Magistrate Judge Grosjean, to July 24, 2023, at 2:00 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **July 14, 2023**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE