Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: ((209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUBEN MATTHEW ECHEVERRIA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>RUBEN MATTHEW ECHEVERRIA,<br><br>          Defendant. | Case No.:  1:17-CR-00115-JLT-SKO<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>DATE: SEPTEMBER 25, 2023<br>TIME: 10:00 A.M.<br>COURT: HON. JENNIFER L. THURSTON |

**STIPULATION**

   Mr. Echeverria, by and through his counsel of record, and United States of America, by and through its counsel of record, hereby stipulate as follows:

   1.   By previous order, this matter was set for a sentencing conference on September 25, 2023, at 10:00 a.m.

   2.   By this stipulation, the parties now move to continue the sentencing conference until October 10, 2023, at 10:00 a.m..

   3.   The parties agree and stipulate, and request that the Court find the following:

      a)   The defense requests a continuance to October 10, 2023, to allow additional time to review and discuss the case, as well as to confer with probation and government counsel regarding potential resolution.

      b)   The government does not object to the continuance.

      c)   The defense does not object to the continuance.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  September 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL JACKSON MONTOYA
LAUREL JACKSON MONTOYA
Assistant United States Attorney

Dated:  September 20, 2023

/s/ ADILENE FLORES ESTRADA
ADILENE FLORES ESTRADA
Counsel for Defendant
Ruben Matthew Echeverria

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **September 20, 2023**

UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2