PHILLIP A. TALBERT
United States Attorney
PEDRO S. NAVEIRAS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN ECHEVERRIA,<br><br>Defendant. | CASE NO. 1:17-CR-00115-JLT-SKO<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: September 17, 2024<br>TIME: 2:00 P.M.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this supervised release petition was set for a status conference on September 17, 2024.

2. By this stipulation, initiated by the defense, the parties stipulate that the status conference may be continued to October 8, 2024, at 2:00 PM, to allow time for defense review of the discovery, investigation, and settlement discussions. Because this case involves a pending supervised release petition, no exclusion of time is necessary.

IT IS SO STIPULATED.

///

///

1

| | |
|---|---|
| Dated:  September 16, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ PEDRO S. NAVEIRAS<br>PEDRO S. NAVEIRAS<br>Assistant United States Attorney |
| Dated:  September 16, 2024 | /s/ JAMES R. HOMOLA<br>JAMES R. HOMOLA<br>Counsel for Defendant<br>RUBEN ECHEVERRIA |

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court orders the status conference be continued from September 17, 2024, to **October 8, 2024, at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated: __**September 16, 2024**__     _____/s/ Barbara A. McAuliffe_____
                                         UNITED STATES MAGISTRATE JUDGE