```
1  JAMES R. HOMOLA  #60244
   Attorney at Law
2  2950 Mariposa, Suite 250
3  Fresno, California 93721
   Telephone: (559) 441-7111
4  Facsimile: (559) 441-7115
5
   Attorney for Defendant
6  RUBEN ECHEVERRIA
7
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                       EASTERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA    |      Case No 1: 17 CR 115 JLT-SKO
11                             |
         Plaintiff,            |      MOTION TO TERMINATE CJA
12                             |      APPOINTMENT OF JAMES R. HOMOLA
            V.                 |      AS ATTORNEY OF RECORD
13                             |      [PROPOSED ORDER]
   RUBEN ECHEVERRIA,           |
14                             |
         Defendant.            |
15 _____|
```

16      On June Auguest 21, 2024, a Petition for Violation of Supervised

17 Release was filed, alleging six violations of conditions of supervised

18 release, including unlawful use of a controlled substance, failure to

19 participate in drug treatment and to notify of a change in employment. On

20 September 11, 2024, Magistrate Judge McAuliffe appointed attorney James R.

21 Homola to represent Mr. ECHEVERRIA. On November 4, 2024, Mr ECHEVERRIA

22 admitted the charges.

23      On January 7, 2025, Mr. ECHEVERRIA's supervised release was revoked by

24 District Court Judge Thurston, and he was sentenced to 14 months in custody,

25 with no supervised release to follow.

26      Mr. ECHEVERRIA is in BOP custody. There is no further action to be

27 taken in this matter. Having completed his representation of Mr. ECHEVERRIA,

28

CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: February 13, 2025              Respectfully submitted,

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
RUBEN ECHEVERRIA

**[PROPOSED] ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721. The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free). If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant VONGSOURY at the following address, and to update the docket to reflect Defendant's status and contact information.

RUBEN ECHEVERRIA
CVA McFarland
254 Taylor Avenue,
McFarland, CA 93250

**IT IS SO ORDERED**

Dated: __February 13__, 2025          JENNIFER L. THURSTON
United States District Judge