Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for RUBEN MATTHEW ECHEVERRIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     vs.<br><br>RUBEN MATTHEW ECHEVERRIA<br><br>     Defendant. | Case No.:  1:17-CR-00115-JLT-SKO-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND ORDER** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

   The defendant Ruben Matthew Echeverria was indicted on federal charges on May 4, 2017. CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Echeverria on May 12, 2023 in his criminal case.  Mr. Echeverria was sentenced Pursuant to a plea agreement October 5, 2023. The time for filing a direct appeal has passed.  No direct appeal was filed.   Mr. Echeverria was in custody at sentencing. The trial phase of Mr. Echeverria's criminal case has, therefore, come to an end.   Having completed her representation of Mr. Echeverria CJA attorney Adilene Flores Estrada now moves to terminate her appointment under the Criminal Justice Act.

   Should Mr. Echeverria require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare

(1)

Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 06/03/2025

Respectfully submitted,

/s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
RUBEN MATTHEW ECHEVERRIA

**ORDER**

Having reviewed the notice and found that attorney Adilene Flores Estrada has completed the services for which she was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Ruben Matthew Echeverria at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ruben Matthew Echeverria
Register Number: 64155-097
FCI TUCSON
8901 S. Wilmot Road
Tucson, AZ 85756
Release Date: 08/23/2025

**IT IS SO ORDERED**

Dated: June 4, 2025

UNITED STATES DISTRICT JUDGE

(2)